IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00906-AP

JESSICA RODRIGUEZ,

    Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant-Appellee.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

**For Plaintiff:**

Paul Radosevich
1621 York Street
Denver, Colorado 80206
Presq@worldnet.att.net
Telephone: (303) 377-1300

**For Defendant:**

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570 (telephone)
(303) 844-0770 (facsimile)
Debra.meachum@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A. **Date Complaint Was Filed:** May 1, 2007
    B. **Date Complaint Was Served on U.S. Attorney's Office:** May 4, 2007
       (Defendant did not receive notice of this until August 3, 2007)
    C. **Date Answer and Administrative Record Were Filed:** August 10, 2007

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The administrative record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters.

## 8. PROPOSED BRIEFING SCHEDULE

    A. **Plaintiffs Opening Brief Due:** September 4, 2007
    B. **Defendant's Response Brief Due:** October 5, 2007
    C. **Plaintiffs Reply Brief (If Any) Due:** October 22, 2007

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A. Plaintiffs Statement:**
        Plaintiff does not request oral argument.
    **B. Defendant's Statement:**
    Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 5 day of ~~August~~ October, 2007. *nunc pro tunc Aug. 28, 2007*

                                  BY THE COURT:

                                  _____
                                  U.S. DISTRICT COURT JUDGE

APPROVED:

| **For Plaintiff:** | **For Defendant:** |
|---|---|
| s/ Paul Radosevich 8/28/07 | TROY A. EID |
| Paul Radosevich | United States Attorney |
| 1621 York Street | |
| Denver, Colorado 80206 | KEVIN TRASKOS |
| Presq@worldnet.att.net | Deputy Chief, Civil Division |
| Telephone: (303) 377-1300 | United States Attorney's Office |
| | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | By: s/Debra J. Meachum 8/28/07 |
| | Debra J. Meachum |
| | Special Assistant United States Attorney |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-1570 (telephone) |
| | (303) 844-0770 (facsimile) |
| | Debra.meachum@ssa.gov |