IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00906-LTB

JESSICA RODRIGUEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

ORDER APPROVING STIPULATED MOTION FOR
AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412
_____

The Court has reviewed the parties Stipulated Motion for Award of Attorney Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d) dated May 8, 2008. Having reviewed the file and being fully advised, the Court

HEREBY ORDERS that the stipulation for attorney fees under the EAJA is approved, and Defendant is ordered to pay the amount of $4,600.00 to Plaintiff for attorney fees under the EAJA.

DATED this __9th__ day of May, 2008.

                BY THE COURT:

                __s/Lewis T. Babcock_____
                LEWIS T. BABCOCK, JUDGE